# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TABVIS L. WILLIAMS

NO. 2026 KW 0106

**MAY 18, 2026**

---

In Re:    Tabvis L. Williams, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 761979.

---

**BEFORE:    McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT DENIED AS MOOT.** The records of the Terrebonne Parish Clerk of Court's Office reflect that the district court acted on relator's application for postconviction relief on February 3, 2026. The records of the Terrebonne Parish Clerk of Court's Office further reflect that relator was served with the district court's Order and written reasons on February 18, 2026.

PMc
HG
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT